12/22/2015           TDCJ Offender Details



  TDCJ Home    New Offender Search

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 01819854 |
| **TDCJ Number:** | 01832857 |
| **Name:** | SEGREST,RICHARD CARROLL |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1951-10-11 |
| **Maximum Sentence Date:** | 2086-02-27 |
| **Current Facility:** | MICHAEL |
| **Projected Release Date:** | 2086-02-27 |
| **Parole Eligibility Date:** | 2042-02-27 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

Parole Review Information

## Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2002-11-22 | THEFT UNDER $1500 AND TWO PRIOR | 2003-01-06 | TARRANT | 0872229W | 180 Days |
| 2005-07-21 | ASLT BI-FAM MEMBER | 2005-11-04 | JOHNSON | F39595 | 4-00-00 |